IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,

v.                                                  Civil No. 10-5221

ONE 2004 HUMMER H2,
VIN: 5GRGN23U64H115802,
           Defendant.

## CONSENT DECREE OF FORFEITURE

On November 16, 2010, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, against the defendant vehicle. The complaint alleges that the vehicle was used, or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

The Court notes that the United States of America and claimants, Bobby Raggio and Paulette Raggio, have entered into a Stipulation for Compromise Settlement filed contemporaneously with the Verified Complaint of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the claimants, Bobby Raggio and Paulette Raggio, forfeit $6,500.00 in lieu of forfeiture of said vehicle pursuant to the agreement of the parties.

IT IS SO ORDERED, this 30th day of November, 2010.

                                                           /s/ Jimm Larry Hendren
                                                     JIMM LARRY HENDREN
APPROVED:                                    UNITED STATES DISTRICT JUDGE

**/s/David R. Ferguson**
David R. Ferguson, Assistant United States
Attorney for Plaintiff, United of America

**/s/Ernie Witt**
Ernie Witt, Attorney for Claimants,
Bobby Raggio and Paulette Raggio